UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER EARL SANBORN (#385971)

CIVIL ACTION

VERSUS

NUMBER 11-649-FJP-SCR

TEQUILA PARKER

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the plaintiff's complaint shall be dismissed as frivolous pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, October 21, 2011.

_____
FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA

Doc#47550